# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00520-CR

**Edward A. Kohler, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 29,744, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Edward A. Kohler is in prison, apparently serving the sentence imposed at his 1981 trial for aggravated sexual assault. On July 6, 2006, the Honorable Joe Carroll wrote a letter to Kohler informing him that his request for a bench warrant was denied. On August 1, Judge Carroll wrote a letter to Kohler telling him that his request for a phone conference was denied. On August 15, Kohler filed a pro se notice of appeal from these orders.

As a general rule, this Court has criminal appellate jurisdiction only from judgments of conviction. *See Workman v. State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961). We do not have jurisdiction except as expressly granted by law. *See Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no

pet.). We have found no statute that vests this Court with jurisdiction over a direct appeal from the orders in question.

In the absence of an appealable order, the appeal is dismissed.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   October 18, 2006

Do Not Publish